# EXHIBIT 2A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| SCALE BIOSCIENCES, INC., ET AL. <br> *Plaintiff* <br> v. <br> PARSE BIOSCIENCES, INC. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:22-cv-01597-CJB |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jay Shendure, M.D., Ph.D.
1034 NE 92nd Street, Seattle, WA 98115

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: Lowe Graham Jones PLLC <br> 1325 Fourth Avenue, Suite 1130 <br> Seattle, WA 98101 (or at agreed upon place) | Date and Time: <br> 06/14/2024 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/24/2024

*CLERK OF COURT*

OR

_____    /s/ Chandrika Vira
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant Parse Biosciences, Inc.**, who issues or requests this subpoena, are:
Chandrika Vira; SKGF, 1101 K Street, NW, 10th Floor, Washington, DC 20005; 202-371-2600; cvira@sternekessler.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01597-CJB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Jay Shendure, M.D., Ph.D.
was received by me on *(date)* 5/30/2024 .

☒ I served the subpoena by delivering a copy to the named individual as follows:
Jay Shendure, M.D., Ph.D.
1034 NE 92nd Street, Seattle, WA 98115      on *(date)* 5/30/2024  ; or
                                            7:17 PM

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/30/2024

*Server's signature*

Andrew Webster, Process Server
*Printed name and title*

71898

P.O. Box 3310, Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Attorney Letter, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Attachment A

Jay Shendure, M.D., Ph.D.  Gender: Male      Race/Skin: Asian      Age: 52-58 yrs. old      Weight: 170 lb.
Height: 5'6"      Hair: Black/Gray      Glasses:      Other:

# EXHIBIT 2B

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| SCALE BIOSCIENCES, INC., ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:22-cv-01597-CJB |
| PARSE BIOSCIENCES, INC., ET AL. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Jay Shendure, M.D., Ph.D.
1034 NE 92nd Street, Seattle, WA 98115
*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Lowe Graham Jones PLLC<br>1325 Fourth Avenue, Suite 1130<br>Seattle, WA 98101 (or at agreed upon place) | Date and Time:<br>06/21/2024 9:00 am |
|---|---|

The deposition will be recorded by this method: Stenographically, audiotaped, and videotoaped.

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Subpoena to Produce Documents, Information, or Objects served herewith.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/24/2024

CLERK OF COURT

OR

_____          /s/ Chandrika Vira
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant** **Parse Biosciences, Inc.** , who issues or requests this subpoena, are:
Chandrika Vira; Sterne, Kessler, Goldstein & Fox P.L.L.C., 1101 K Street, NW, 10th Floor, Washington, DC 20005; 202-371-2600; cvira@sternekessler.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01597-CJB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Jay Shendure, M.D., Ph.D.
was received by me on *(date)*  5/30/2024  .

☐ I served the subpoena by delivering a copy to the named individual as follows:
Jay Shendure, M.D., Ph.D.,
1034 NE 92nd Street, Seattle, WA 98115             on *(date)*  5/30/2024   ; or
                                                              7:17 PM

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   $49.38   .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/30/2024

*Server's signature*

Andrew Webster, Process Server
*Printed name and title*

71899

P.O. Box 3310, Renton, WA 98056
*Server's address*

Additional information regarding attempted service, etc:

Jay Shendure, M.D., Ph.D. Gender: Male    Race/Skin: Asian    Age: 52-58 yrs. old    Weight: 170 lb.
Height: 5'6"    Hair: Black/Gray    Glasses:    Other:

Documents Served: Subpoena to Testify at a Deposition in a Civil Action, Parse Biosciences, Inc.'s Notice of Deposition of Non-Party Jay Shendure M.D., Ph.D. Pursuant to Fed. R. Civ. P. 30(B)(1), Stipulated Protective Order, Exhibit A, $49.38 Witness Fee