# EXHIBIT 5

**Stephanie Blair**

| | |
|---|---|
| **From:** | Mitchell Epner <mepner@kudmanlaw.com> |
| **Sent:** | Tuesday, June 11, 2024 10:23 AM |
| **To:** | Karen L. Pascale (kpascale@ycst.com); Robert M. Vrana (rvrana@ycst.com); Trey Powers; Brady Gleason; Byron Pickard; Chandrika Vira |
| **Cc:** | Stephen S Rabinowitz (Stephen.Rabinowitz@wolfgreenfield.com) |
| **Subject:** | RE: Scale Biosciences, Inc. and Roche Sequencing Solutions v. Parse Biosciences Inc. and the University of Washington, No. 1:22-cv-01597-CJB: Subpoenas to Dr. Shendure & Dr. Trapnell |

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Forwarding to the Sterne Kessler team.

**From:** Mitchell Epner
**Sent:** Monday, June 10, 2024 6:36 PM
**To:** Karen L. Pascale (kpascale@ycst.com) <kpascale@ycst.com>; Robert M. Vrana (rvrana@ycst.com) <rvrana@ycst.com>
**Cc:** Stephen S Rabinowitz (Stephen.Rabinowitz@wolfgreenfield.com) <Stephen.Rabinowitz@wolfgreenfield.com>
**Subject:** Scale Biosciences, Inc. and Roche Sequencing Solutions v. Parse Biosciences Inc. and the University of Washington, No. 1:22-cv-01597-CJB: Subpoenas to Dr. Shendure & Dr. Trapnell

Counsel,

My firm has been retained as counsel to Dr. Jay Shendure and Dr. Cole Trapnell with respect to the subpoenas that were served upon them for documents and testimony. Please let me know a time when we can speak.

Sincerely,

Mitchell Epner
Kudman Trachten Aloe Posner LLP
488 Madison Avenue, 23rd Floor
New York, NY 10022
212.868.3602 (direct)
917.783.8280 (mobile)
mepner@kudmanlaw.com