# EXHIBIT 6

## Stephanie Blair

| | |
|---|---|
| **From:** | Brady Gleason |
| **Sent:** | Wednesday, June 12, 2024 1:12 PM |
| **To:** | Mitchell Epner; Trey Powers |
| **Cc:** | Byron Pickard; Chandrika Vira; ParseUW; Stephen S Rabinowitz (Stephen.Rabinowitz@wolfgreenfield.com); cloughran@wolfgreenfield.com; robert.gunther@wilmerhale.com; christopher.noyes@wilmerhale.com |
| **Subject:** | RE: Scale Biosciences, Inc. et al. v. Parse Biosciences Inc. et al., No. 1:22-cv-01597-CJB: Subpoenas to Dr. Shendure & Dr. Trapnell |

Mitch,

Confirmed. Thank you. We will be in touch.

Best regards,
Brady

---

**Brady Gleason**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** bgleason@sternekessler.com
**Direct:** 202.772.8638

**From:** Mitchell Epner <mepner@kudmanlaw.com>
**Sent:** Wednesday, June 12, 2024 3:59 PM
**To:** Brady Gleason <bgleason@sternekessler.com>; Trey Powers <TPOWERS@sternekessler.com>
**Cc:** Byron Pickard <BPICKARD@sternekessler.com>; Chandrika Vira <CVIRA@sternekessler.com>; ParseUW <ParseUW@sternekessler.com>; Stephen S Rabinowitz (Stephen.Rabinowitz@wolfgreenfield.com) <Stephen.Rabinowitz@wolfgreenfield.com>; cloughran@wolfgreenfield.com; robert.gunther@wilmerhale.com; christopher.noyes@wilmerhale.com
**Subject:** RE: Scale Biosciences, Inc. et al. v. Parse Biosciences Inc. et al., No. 1:22-cv-01597-CJB: Subpoenas to Dr. Shendure & Dr. Trapnell

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Brady & Trey,

This email will confirm our agreement during our teleconference today that the times to respond to the subpoenas to Dr. Shendure and Dr. Trapnell, both with regard to documents and depositions, have been adjourned to a date to be determined in the future.

Sincerely,
Mitch

Mitchell Epner
Kudman Trachten Aloe Posner LLP
488 Madison Avenue, 23rd Floor
New York, NY 10022
212.868.3602 (direct)

917.783.8280 (mobile)
mepner@kudmanlaw.com

---

**From:** Brady Gleason <bgleason@sternekessler.com>
**Sent:** Tuesday, June 11, 2024 8:44 PM
**To:** Mitchell Epner <mepner@kudmanlaw.com>
**Cc:** Byron Pickard <BPICKARD@sternekessler.com>; Trey Powers <TPOWERS@sternekessler.com>; Chandrika Vira <CVIRA@sternekessler.com>; ParseUW <ParseUW@sternekessler.com>
**Subject:** Scale Biosciences, Inc. et al. v. Parse Biosciences Inc. et al., No. 1:22-cv-01597-CJB: Subpoenas to Dr. Shendure & Dr. Trapnell

Counsel,

We have received your June 10 email in regards to the subpoenas served by Parse upon Dr. Jay Shendure and Dr. Cole Trapnell. We would be happy to discuss this matter any time tomorrow after 1:00 pm ET.

Best regards,
Brady



**Brady Gleason**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K Street NW, 10th Floor, Washington, DC 20005

**Email:** bgleason@sternekessler.com
**Direct:** 202.772.8638
**IP Assistant:** Albert Yeboah
**Main:** 202.371.2600   **Direct:** 202.772.8932

*Notice: The information in this electronic transmission (including any attachments) may contain confidential or legally privileged information and is intended solely for the individual(s) or entity(ies) named above. If you are not an intended recipient or an authorized agent, you are hereby notified that reading, distributing, or otherwise disseminating or copying, or taking any action based on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please immediately notify the sender by return email and then destroy all copies of the transmission.*